IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BE RIOS, LTD. § | |
|    *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 5:18-cv-1297 |
| § | |
| NATIONWIDE PROPERTY AND § | |
| CASUALTY INSURANCE COMPANY and § | |
| ROBERT G. HINTON § | |
|    *Defendants.* § | |

## NOTICE OF SETTLEMENT

Defendant Nationwide Property and Casualty Insurance Company ("Defendant") provides notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendant respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

                                                              Respectfully submitted,

                                                              */s/ Patrick M. Kemp*
                                                              Patrick M. Kemp
                                                              Texas Bar No. 24043751
                                                              pkemp@smsm.com
                                                             Robert G. Wall
                                                             Texas Bar No. 24072411
                                                             rwall@smsm.com
                                                             C Daniel DiLizia
                                                             Texas Bar No. 24099800
                                                             ddilizia@smsm.com
                                                             Segal McCambridge Singer & Mahoney
                                                             100 Congress Avenue, Suite 800
                                                             Austin, Texas 78701
                                                             (512) 476-7834
                                                             (512) 476-7832 – Facsimile

                                                             **ATTORNEYS FOR DEFENDANT**
                                                             **NATIONWIDE PROPERTY AND**
                                                             **CASUALTY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via CM/ECF on this 10th day of August, 2020:

Andrew C. Cook
The Cook Law Firm
8441 Gulf Freeway, Sixth Floor
Houston, Texas 77017
acc@texinsurancelaw.com

Sean H. McCarthy
Williams Hart Boundas & Easterby, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
smccarthy@whlaw.com

            */s/ Patrick M. Kemp*
            Patrick M. Kemp